# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| SACHI TRADING, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-1886 |
| | § | |
| CERTAIN UNDERWRITERS AT | § | |
| LLOYD'S LONDON - BRIT | § | |
| SYNDICATE 2987, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff's Motion to Remand (Doc. No. 15), which had been referred to Magistrate Judge Dena Hanovice Palermo for a report and recommendation. On October 26, 2018, Judge Palermo issued the Report and Recommendation on Plaintiff's Motion to Remand (Doc. No. 25), recommending that the Motion to Remand be granted. The time for filing objections has passed, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, Plaintiff's Motion to Remand (Doc. No. 15) is hereby **GRANTED**.

**IT IS SO ORDERED.**

SIGNED at Houston, Texas, on this the 29th day of November, 2018.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE